UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:14-CR-103-FVS |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |
| vs. | |
| MIKHAIL ALEXSANDER ONISHCHENKO, | |
| Defendant. | |

Before the Court is Defendant's Motion to Allow Travel, ECF No. 34. Defendant seeks to travel to Seattle, Washington, for a legal matter and to move his belongings to Montana. The United States does not object to the request. Pretrial Services reports that there have been no difficulties to date regarding Defendant's compliance with the terms of his pretrial release.

The Court having reviewed the Motion, and the reasons therefor,

**IT IS ORDERED** that the Motion**, ECF No. 34,** is **GRANTED**. Mr. Onishchenko is permitted to travel to Seattle, Washington between the dates of October 9, 2014, and October 12, 2014, inclusive. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED October 2, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1