UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:14-CR-103-TOR |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL AND MOTION TO EXPEDITE |
| vs. | |
| MIKHAIL ALEXSANDER ONISHCHENKO, | |
| Defendant. | |

Before the Court is Defendant's Motion to Allow Travel, ECF No. 39, and Defendant's Motion to Expedite, ECF No. 40. Defendant seeks to travel to Seattle, Washington, to attend his brother's wedding. Defense counsel represents that neither the United States nor Pretrial Services objects to the request.

The Court having reviewed the Motions, and the reasons therefore,

**IT IS ORDERED** that the Motions**, ECF No. 39 and ECF No. 40,** are **GRANTED**. Mr. Onishchenko is permitted to travel to Seattle, Washington between the dates of November 20, 2014, and November 23, 2014, inclusive. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED November 19, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1