UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MIKHAIL ALEXSANDER ONISHCHENKO,<br><br>                    Defendant. | No. 2:14-CR-103-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL AND MOTION TO EXPEDITE |

Before the Court is Defendant's Second Motion to Allow Travel, ECF No. 58, and Defendant's Motion to Expedite, ECF No. 59. Defendant seeks to travel to Seattle, Washington, between the dates of January 22, 2015, and January 26, 2015, to take care of personal matters before possible incarceration.

The United States does not object to the request. Pretrial Services reports there have been no difficulties to date regarding Defendant's compliance with the terms of his pretrial release, and that the supervising District of Montana is not opposing the Motion.

The Court having reviewed the Motions, and the reasons therefor,

**IT IS ORDERED** that the Motions**, ECF No. 58 and ECF No. 59,** are **GRANTED**. Defendant is permitted to travel to Seattle, Washington, between the dates of **January 22, 2015, and January 26, 2015**, inclusive. All other terms and

ORDER ~ 1

1 conditions of pretrial release not inconsistent herewith shall remain in full force and effect. Defendant shall provide contact information to the U.S. Probation Office prior to his travel.

DATED January 22, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2