UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKHAIL A. ONISHCHENKO,<br><br>Defendant. | NO: 14-CR-0103-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |

BEFORE THE COURT are Defendant's Unopposed Motion to Allow Travel (ECF No. 75) and Motion to Expedite (ECF No. 76). The motion was heard without oral argument and on an expedited basis. The Court has reviewed the motion and accompanying declaration and is fully informed.

On March 16, 2015, a change of plea hearing was held and Defendant plead guilty to one count of Possession of Counterfeit Obligations or Securities in violation of 18 U.S.C. § 472. The Court set a sentencing hearing for June 17, 2015, at 9:30 a.m., in Spokane and continued the Defendant on the previously imposed conditions of release. Defendant now seeks permission of the Court to

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

travel outside the Eastern District of Washington and the District of Montana from April 25, 2015 through May 4, 2015[1], for his wedding and honeymoon in Hawaii. Defendant has been allowed to travel on previous occasions with no difficulties. Neither the United States Attorney's Office nor the supervising United States Probation Office in Montana oppose the request.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's Motion to Travel (ECF No. 75) and Motion to Expedite (ECF No. 76) are **GRANTED**.

2. Defendant is granted permission to travel outside the districts of Eastern Washington and Montana to Hawaii from April 25, 2015 through May 4, 2015.

3. Defendant shall provide the U.S. Probation Office a copy of his travel itinerary.

4. Defendant shall abide by any conditions imposed by the United States Probation Office.

---

[1] In his motion, Defendant requested to travel through May 3, 2015, but since the time the motion was filed defense counsel has informed the Court Defendant's travel itinerary requires travel through May 4, 2015.

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 2

1       5.     All other terms and conditions of Defendant's release shall remain in effect (ECF No. 27).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** April 2, 2015.



                    THOMAS O. RICE
                    United States District Judge